# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 23, 2006

**Before**

Hon.  JOEL M. FLAUM, *Chief Judge*

Hon.  MICHAEL S. KANNE, *Circuit Judge*

Hon.  DIANE P. WOOD, *Circuit Judge*


No. 05-3942

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff-Appellee,*<br><br>        *v.*<br><br><br>BRIAN K. ELLIS,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division.<br><br>No. 04 CR 22<br><br>Richard L. Young, *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on August 22, 2006, is amended as follows:

Page 2, fifth line from the bottom, delete "was" and replace with "were".